IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAINT CHARLES THURMAN;
GWEN THURMAN,

      Plaintiffs,

vs.

BARCLAYS CAPITAL REAL ESTATE CORPORATION dba HOMEQ SERVICING; WELLS FARGO BANK, N.A.; QUALITY LOAN SERVICE CORPORATION,

      Defendants.

No. CIV S-09-3358 JAM EFB PS

ORDER

On March 7, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.[1]

Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

---

[1] On March 17, 2011, plaintiff Saint Charles Thurman filed a notice with the court indicating that plaintiffs "accept" the March 7, 2011 findings and recommendations. Dckt. No. 40.

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed March 7, 2011, are ADOPTED;

2. Defendants' motion to dismiss plaintiff's first amended complaint, Dckt. No. 17, is granted in part;

3. Plaintiffs' motion for leave to file a second amended complaint, Dckt. No. 23, is denied;

4. Plaintiffs' state law claims are remanded to the Superior Court of the State of California in and for the County of Solano; and

5. The Clerk is directed to close this case.

DATED: May 2, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE